UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ADREMA HAYES  CIVIL ACTION NO. 3:22-cv-00756-SDD-SDJ

VERSUS

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY AND ALLSTATE CORPORATION

### ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss Case;

IT IS ORDERED that the above-entitled and numbered cause be, and the same is hereby dismissed, with prejudice, each party to bear its own costs.

THUS DONE AND SIGNED in Chambers on this __5th__ day of ___April___, 2024.

*Shelly D. Dick*
**UNITED STATES DISTRICT JUDGE**